IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERVONTAE COX                                                     PLAINTIFF

v.                                No. 3:19-cv-340-DPM

DUSTIN SPEARS, Sergeant,
Mississippi County Department,
and ANGELA TAYLOR, Mail Clerk,
Mississippi County                                              DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 33-1*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 30*, granted. Cox's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2020