IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERVONTAE COX     PLAINTIFF

v.     No. 3:19-cv-340-DPM

DUSTIN SPEARS, Sergeant,
Mississippi County Department,
and ANGELA TAYLOR, Mail Clerk,
Mississippi County     DEFENDANTS

## JUDGMENT

Cox's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2020